IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GENE O. SWANIGAN, SR. | § | |
| | § | |
| VS. | § | ACTION NO. 4:09-CV-659-Y |
| | § | |
| CARMAX CORPORATION | § | |

## FINAL JUDGMENT

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITH PREJUDICE to their refiling in favor of arbitration. All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

SIGNED February 24, 2010.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

FINAL JUDGMENT - Page Solo
TRM/chr