ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
2010 JUN 14 PM 4:04
CLERK OF COURT

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 10-10310

4:09-cv-659-Y

GENE O. SWANIGAN, SR.,

   Plaintiff - Appellant

v.

CARMAX CORPORATION,

   Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Texas, Fort Worth

CLERK'S OFFICE:

Under 5th Cir. R.42.3, the appeal is dismissed as of 6/9/2010, for want of prosecution. The appellant failed to timely file appellant's brief and record excerpts.

A true copy
Attest:

Clerk, U. S. Court of Appeals, Fifth Circuit
By: Gina R Martin
          Deputy
New Orleans, Louisiana   0 9 JUN 2010

Clerk of the United States Court
of Appeals for the Fifth Circuit

Gina Randazzo Martin

By: _____
Gina Randazzo Martin, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

DIS2

ORIGINAL

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

RECEIVED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2010 JUN 14  PM 4:05

June 09, 2010

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

　　　No. 10-10310,  Gene Swanigan, Sr. v. Carmax Corporation
　　　USDC No. 4:09-CV-659

Enclosed is a copy of the judgment issued as the mandate.

　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　Gina Randazzo Martin
　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　Gina Randazzo Martin, Deputy Clerk
　　　　　　　　　　　　　　504-310-7687

cc w/encl:
Mr. John Gray Harrison
Mr. Gene O. Swanigan Sr.

MDT-1